Jason A. Geller (CA SBN 168149)
jgeller@laborlawyers.com
Juan C. Araneda (CA SBN 213041)
jaraneda@laborlawyers.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA  94111
Telephone: 415/490-9000
Facsimile:  415/490-9001

Attorneys for Defendant
HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GARY FERRAS, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., HUSQVARNA NORTH AMERICA, HUSQVARNA GROUP, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:16-CV-01081-SBA<br><br>[*Removed from Contra Costa County Superior Court, Civil Case No.C16-00131*]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DEADLINE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**[Local Rule 6-2]**<br><br>Date:　　　　June 1, 2016<br>Time:　　　　2:30 p.m.<br><br>Complaint Filed:  January 25, 2016<br>Removal Date: March 4, 2016<br>Trial Date:  None |

**STIPULATION**

Pursuant to Local Rule 6-2, the parties hereby submit this Stipulation and [Proposed] Order to change the deadline in which to file the Joint Case Management Statement of Plaintiff Gary Ferras ("Plaintiff") and Defendant Husqvarna Construction Products North America, Inc. ("Defendant").  The initial case management conference in this action is currently scheduled for June 1, 2016, at 2:30 p.m., and the deadline for the parties to file a joint case management statement is May 25, 2016.

1  WHEREAS, the parties have been meeting and conferring to finalize a written joint case
2 management statement to submit to the Court.
3  WHEREAS, on May 25, 2016, Plaintiff Gary Ferras' counsel, Mr. Alan Cohen, suffered
4 a medical emergency;
5  WHEREAS, Mr. Cohen has requested and, counsel for Defendant agrees, that to allow
6 Mr. Cohen to attend to his medical emergency and sufficient time to review the joint case
7 management statement the parties have been working on, the deadline to file the parties' Joint
8 Case Management Statement should be extended by two days to <u>May 27, 2016</u>.
9  NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:
10  1.  The deadline for deadline for Plaintiff and Defendant to file their joint case manage
11 statement is extended by two days to May 27, 2016.
12  **SO STIPULATED.**

13
Respectfully submitted,
DATED:  May 25, 2016     FISHER & PHILLIPS LLP
14

15
By: _/s/ Juan C. Araneda_____
Jason A. Geller
16
Juan C. Araneda
Attorneys for Defendant
17
HUSQVARNA CONSTRUCTION
PRODUCTS NORTH AMERICA, INC.
18
19 DATED:  May 25, 2016     LAW OFFICES OF ALAN F. COHEN

20
By: _/s/ Alan F. Cohen_____
Alan F. Cohen
21
Attorneys for Plaintiff
GARY FERRAS
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CHANGE DEADLINE TO
FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT
FPDOCS 31740696.1

Case No.: 4:16-CV-01081-SBA

2

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3      The Court, having read and considered the parties' Stipulation to Change Deadline To

4  File Joint Case Management Conference Statement, and finding good cause in support

5  thereof, hereby orders that the deadline for the parties to file their joint case management

6  conference statement is extended as by two days to May 27, 2016.

7

8

9  DATED:  May 27, 2016                                    _____

10                                                  HON. SAUNDRA B. ARMSTRONG
                                                 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CHANGE DEADLINE TO
FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT
FPDOCS 31740696.1

Case No.:  4:16-CV-01081-SBA

3

1

**DECLARATION OF CONSENT**

2      Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that

3  concurrence in the filing of this document has been obtained from the above-listed counsel for

4  Plaintiff Gary Ferras.

5

6  DATED:  May 25, 2016                     /s/Juan C. Araneda
                                            Juan C. Araneda