Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
1 Sansome Street, Suite 810
San Francisco, CA  94104
415.984.1943 (tel.)
415.984.1953 (fax)
alan@alancohenlaw.com
Attorney for Plaintiff Gary Ferras

Jason A. Geller (CA SBN 168149)
jgeller@laborlawyers.com
Juan C. Araneda (CA SBN 213041)
jaraneda@laborlawyers.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA  94111
Telephone: 415/490-9000
Facsimile:   415/490-9001

Attorneys for Defendant
HUSQVARNA CONSTRUCTION PRODUCTS
NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FERRAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., HUSQVARNA NORTH AMERICA, HUSQVARNA GROUP, and DOES 1 through 100 inclusive,<br><br>Defendants. | Fed. Ct. Case No. 4:16-CV-01081-SBA<br><br>*[Removed from Contra Costa County Superior Court, Civil Case No. C16-00131]*<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE BY THREE WEEKS**<br><br>Complaint Filed:  January 25, 2016<br>Trial Date:  July 17, 2017 |

The parties, Plaintiff Gary Ferras and Defendant Husqvarna Construction Products North America, Inc., by and through their attorneys of record, hereby stipulate and request that the Court extend the deadline to complete mediation in this action by three weeks after the previous

deadline due to difficulties accommodating the parties' schedules.  The parties are set for mediation on October 19, 2016.

Pursuant to the May 31, 2016 Stipulation and Order Selecting ADR Process, the parties had agreed to hold the ADR session by September 30, 2016.  The parties initially agreed on a mediation date within that timeframe but had to reschedule due to conflicts that arose after the parties filed the Stipulation.  October 19 was the first date available for all parties, including out-of-state representatives, counsel, and the mediator.  The parties have agreed to mediate on October 19 with the assistance of the mediator appointed by the Court, Kyungah (Kay) Suk.  The parties therefore request that the deadline to complete ADR be continued for three weeks to accommodate this change.  This is the first request to continue the mediation deadline.

DATED:  September 28, 2016                FISHER & PHILLIPS LLP


By: _____[S]_____
    Jason A. Geller
    Juan C. Araneda
    Attorneys for Defendant
    HUSQVARNA CONSTRUCTION
    PRODUCTS NORTH AMERICA, INC.

DATED:  September 28, 2016                LAW OFFICES OF ALAN F. COHEN


By: _____[S]_____
    ALAN F. COHEN
    Attorney for Plaintiff
    GARY FERRAS

///

///

///

**[PROPOSED] ORDER**

Good cause appearing from the Parties' stipulation, the Court hereby orders that the deadline for completing mediation is extended by three weeks to October 21, 2016.

SO ORDERED.

Date: 9/30/16

*Saundra B Armstrong*
Honorable Saundra B. Armstrong
UNITED STATES DISTRICT COURT JUDGE